UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ x

BRIAN CONLEY,

                          Plaintiff,

       -versus-                                           05 CV 10024 (KMK)

THE CITY OF NEW YORK, <u>et al</u>.,

                          Defendants.

------------------------------------------------------------------------ x

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Fred M. Weiler hereby appears on behalf of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for Defendant The City of New York, effective this date. Please serve a copy of all papers to be served in this matter, by ECF or otherwise, on appearing counsel.

Dated:  New York, New York
           January 30, 2006

                                          MICHAEL A. CARDOZO
                                          Corporation Counsel of the City of New York
                                          *For Defendant The City of New York*

                                          By:  _____/s/_____
                                                 Fred M. Weiler (FW 5864)
                                                 Assistant Corporation Counsel
                                                 Special Federal Litigation
                                                 100 Church Street, Room 3-132
                                                 New York, New York 10007
                                                 212.788.1817 (ph)
                                                 212.788.9776 (fax)

cc:  All Parties (by ECF)