ABC PROCESS SERVICE INC.
Attorney:
JEFFREY E. FOGEL, ESQ.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BRIAN CONLEY                                        (PLAINTIFF)
                                                    Index No 05CV10024
         against                                    Date Filed 11/29/2005
                                                    Office No JEF011925BATH
CITY OF NEW YORK, ETAL;                             (DEFENDANT)

---

STATE OF NEW YORK, COUNTY OF NEW YORK    SS:

AZZAM ABDERRAHMAN being duly sworn deposes and says:
I am over 18 years of age, not a party to this action and reside in the State of New York:
That on the 14 day of February 2006 at 8:40 AM, at

62ND PRECINCT, 1925 BATH AVE; BKLYN, NY 11214
I SERVED the SUMMONS IN A CIVIL CASE, COMPLAINT & JURY DEMAND upon
POLICE OFFICER J. ASTUTO, SHIELD # 16036
the defendant herein named by delivering to and leaving a true copy of said
SUMMONS IN A CIVIL CASE, COMPLAINT & JURY DEMAND
with a person of suitable age and discretion: to wit LT., DORZIO, AUTHORIZED TO ACCEPT Deponent described Person served as aforesaid to the best of deponents ability at the time and circumstances of service as follows:

Sex MALE, Color WHITE, Hair BLACK, app.age 40 YRS, app.ht 5'8", app.wt 190 LBS
That on the 18 day of February 2006 I deposited in the U.S. mails a true copy of
the SUMMONS IN A CIVIL CASE, COMPLAINT & JURY DEMAND
properly enclosed and sealed in a post-paid wrapper addressed to the said defendant at the aforementioned
(B) (place of business marked personal and confidential)
62ND PRECINCT, 1925 BATH AVE; BKLYN, NY 11214

BY FIRST CLASS MAIL. AND NOT BEARING ANY IDENTIFICATION TO A LAWSUIT.

That at the time of service aforesaid, I asked Person so served or Person spoken to whether the defendant herein was in the military service of the State of N.Y. or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid I aver that the defendant is not in the military service of the State of N.Y. or the United States as that term is defined in the statutes or the State of N.Y. or the Federal Soldiers and Sailors Civil Relief Act.

SWORN to before me this 18
day of February 2006

JAY BRODSKY
Notary Public, State of New York
No. 31-4683271
Qualified in New York County
Commission Expires Feb. 2, 2007

AZZAM ABDERRAHMAN
License No.: 0820996          :bb