AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

SOUTHERN  DISTRICT OF  NEW YORK

BRIAN CONLEY,

    Plaintiff

V.

CITY OF NEW YORK, POLICE OFFICER J. ASTUTO and JOHN DOES 1-5

    Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05 cv 10024

TO: (Name and address of defendant)

CITY OF NEW YORK
MUNICIAL BUILDING
1 CENTRE STREET
NEW YORK, NY

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

JEFFREY E. FOGEL
232 WARREN STREET
BROOKLYN, NY 11201

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

/s/ J. Michael McMahon
CLERK

DATE: Jan 18, 2006

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

## RETURN OF SERVICE

| | DATE 1/18/06 |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER (PRINT) JEFFREY E. FOGEL | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Madelyn Santana Docketing Clerk

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1/18/06
          Date

Signature of Server

232 Warren St.
Brooklyn, NY 11201
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.