

**MEMO ENDORSED**

MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

FRED M. WEILER
*Special Federal Litigation Division*
TEL.: 212-788-1817
FAX: 212-788-9776

January 19, 2007

<u>VIA FAX 212-805-7930</u>
Honorable James C. Francis IV
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/19/07

Re: Conley v. City of New York, et al.
05 CV 10024 (KMK)(JCF)

Dear Judge Francis:

On behalf of plaintiff and defendants, I write to request a modification of the Case Management Order (CMO) in the above-captioned case, which currently provides for a fact-discovery cut-off date of February 1, 2007. Both sides have exchanged written discovery, but need additional time for depositions, particularly given the deposition scheduling already in place for February and March in my *Phillips*, *Carney* and *Galitzer* RNC cases. Accordingly, plaintiff and defendants jointly request that the Court grant an extension to the CMO deadlines such that depositions would be completed by April 1, fact discovery to be completed by May 1, and the remaining CMO deadlines extended by 3 months. If this meets with your approval, would you please "so order" it?

Thank you for your time and consideration.

*Application granted. 1/19/07 No further extensions.*
**SO ORDERED**
*James C. Francis IV*

Respectfully submitted,

Fred M. Weiler (FW 5864)

cc: Jeffrey E. Fogel, Esq. (via e-mail)