UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
────────────────────────────────

BRIAN CONLEY,

       Plaintiff,

  - against –

CITY OF NEW YORK, POLICE OFFICER STEFANIE MOUNT, POLICE OFFICER JAMES V. ASTUTO, and JOHN DOES 1-5,

       Defendants.
────────────────────────────────

NOTICE OF APPEARANCE

05 CV 10024  (KMK)

## NOTICE OF APPEARANCE

    PLEASE TAKE NOTICE that Gideon Orion Oliver hereby appears on behalf of Oliver & Oliver, co-counsel for plaintiff, effective May 22, 2007. Please serve a copy of all papers to be served in this matter, by ECF or otherwise, on appearing counsel.

DATED:    New York, New York
             May 22, 2007

                        OLIVER & OLIVER

                        By:       /S/              
                            GIDEON ORION OLIVER (GO8799)
                            c/o 200 East 10th St. #917
                            New York, New York 10003
                            646-602-9242

TO: All Parties (by ECF)