UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
BRIAN CONLEY

                          Plaintiff,                      05 CIVIL 10024 KMB

-against-
CITY OF NEW YORK, et al.

                          Defendant.
-----------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

To: Attorney Admission Clerk and All Other Parties

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: __JEFFREY E. FOGEL__

☐ **Attorney**

    ☑ I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: __JF-3948__

    ☐ I am a Pro Hac Vice attorney

    ☐ I am a Government Agency attorney

☐ **Law Firm/Government Agency Association**

    From: _____

    To: _____

    ☐ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____

☑ Address: __215 SPRUCE ST., CHARLOTTESVILLE, VA. 22902__

☑ Telephone Number: __(212) 608-5517__

☑ Fax Number: __(434) 295-6594__

☐ E-Mail Address: _____

Dated: __June 27, 2007__