United States District Court
Southern District of New York
Office of the Clerk
U.S. Courthouse
300 Quarropas Street, White Plains, N.Y. 10601



```
------------------------------------X
Conley


                                              NOTICE OF REASSIGNMENT

         -V-



The City of New York
------------------------------------X     7:05 civ. 10024(KMK)(JCF)
```

    Pursuant to the memorandum of the Case Processing Assistant
the above entitled action is reassigned to the WP calendar of


    JUDGE: Kenneth M Karas

    All future documents submitted in this action shall bear the
assigned judge's initials after the case number.  If this case is
assigned to the Electronic Case Filing (ECF) system, documents
must be submitted electronically, and shall also bear the
notation "ECF CASE" under the docket number.

    The attorney(s) for the plaintiff(s) are requested to serve
a copy of the Notice of Reassignment on all defendants.


                                    J. Michael McMahon, CLERK

Dated: 9/4/07
                              by: _____
                                         Deputy Clerk


CC:  Attorneys of Record

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

i:forms\assign\reass.wpd
WP REASSIGNMENT FORM